## EXHIBIT 1

### A. Items Seized from Container No. GESU456254 on May 20, 2019

1. AMMUNITION: AMMUNITION, QTY: 2, MNF: LC (LAKE CITY), CAL: 556
2. FIREARM: RIFLE, MNF: COLT, TYPE: RIFLE, MODEL: M4, CAL: 223, SN: OBLITERATED, OBLITERATED: YES
3. FIREARM PARTS AND ACCESSORIES, (1) ONE MAGPRO AK-47 EXTENDED MAGAZINE FOUND WITH ITEMS 4-9
4. HORNADAY HANDHELD PRIMING TOOL
5. (2) TWO BOTTLES HODGDON COPPER FOULING ERASER
6. (3) THREE 500 COUNT BAGS OF 5.56 BULLETS (PROJECTILES)
7. 1 CASE CREEDMOOR UNPRIMED 5.56MM CASINGS FROM HORDNADY MANUFACTURING TO GRAF AND SONS PLUS PACKAGING
8. (1) BOX OF HORNADAY .223 UNPRIMED BRASS FROM DAMAGE INDUSTRIES TO PRECISION OUTFITTERS
9. HORNADAY POWDER DISPENSER
10. LEE PRECISION BREECH LOCK CHALLENGER PRESS #90588 PLUS PACKAGING
11. LEE PRECISION BREECH LOCK CHALLENGER PRESS #90588 PLUS PACKAGING
12. (8) BOTTLES SPECTRACIDE STUMP REMOVER 16OZ
13. 20 POUNG BAG OF GREENWAY BIOTECH SULFUR POWDER
14. (1) ONE BOX WITH UNPRIMED .223 CA CASINGS (LABEL SAYS 2000) AND 3 (THREE) BOXES OF CCI NO. 44 PRIMERS FOR 5.56 AMMO
15. (1) BOTTLE 8-POUND SMOKELESS POWDER
16. FIREARM PARTS AND ACCESSORIES, (4) NEW PMAG 5.56 MAGAZINES
17. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
18. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
19. FIREARM PARTS AND ACCESSORIES, (4) NEW PMAG 5.56 MAGAZINES
20. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

21. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
22. RELOADING KIT TO INCLUDE RELOADING WORKBOOK, LEE AUTODRUM POWDER MEASURE, WINCESTER PRIMERS (1000), (2) BOXES CCI #400 (1000 PER BOX), LEE 4 WHOLE TURRENT PRESS
23. RELOADING KIT TO INCLUDE (2) TWO WINCESTER .308 FULL LENGTH DIE SET, LEE UNIVERSAL SHELL HOLDER (SH2069) AND RCBS 7.62 TOOL AND DIE SET
24. (5) FIVE 500 COUNT BAGS OF 5.56 BULLETS (PROJECTILES)
25. (5) FIVE 2 POUND JARS OF TANNERITE FROM TANNERITE..COM WITH PACKAGING
26. (2) ONE POUND CONTAINERS OF "BEAVER DAM BUSTER EXPLODING TARGET"
27. (40) FORTY PEPPER SPRAY CANISTERS
28. (1) BRASS KNUCKLE
29. 31 PAIRS OF BELLVILLE DESERT COLORED GORTEX MILITARY BOOTS STYLE 790
30. 17 CAMELBACK HYDRATION PACKS
31. (1) ONE BRINKS VEST
32. TRIP WIRE
33. DOOR BELLS
34. TRIP WIRE COMPONENTS
35. WOODLAND CAMOUFLAGE MILITARY FLAK VEST
36. TWO MACHETES WITH PACKAGING
37. BLACK MOLLE TACTICAL VEST
38. CAMOUFLAGE SUIT
39. 2 GAS MASKS
40. CAMOUFLAGE FACE PAINT AND PACKAGING
41. 4 GHILLIE SUITS
42. 7 CAMOUFLAGE HATS WITH LIGHTS
43. 782 MILITARY STYLE HARNESS

44. 1 PAIR OF RUBBER BOOTS

45. HAND SAW

46. CAMOUFLAGE DUVET COVER

47. CAMOUFLAGE BALACLAVA

48. 1 PACK ZIP TIES

49. CAMOUFLAGE HELMET (NOT KEVLAR)

50. 1 PAIR OF GOGGLES

51. E-TOOL (MILITARY SHOVEL)

52. 1 PAIR CAMOUFLAGE LIGHTWEIGHT GLOVES

53. 1 HELMET BRACKET FOR NIGHT VISION

54. 1 SET OF BLACK ARM SLEEVES

B. **Items Seized from 6701 Golden Ring Rd., Rosedale, Maryland on July 19, 2019**

1. FIREARM: RIFLE, MNF: RUGER, TYPE: RIFLE, MODEL: MINI 30 RANCH RIFLE, CAL: 762, SN: 581-65669

2. FIREARM: HANDGUN, MNF: SMITH & WESSON, TYPE: REVOLVER, MODEL: 66, CAL: 357, SN: CEL1168

3. FIREARM: HANDGUN, MNF: FOREHAND & WADSWORTH, TYPE: REVOLVER, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: 9335

4. FIREARM: RIFLE, MNF: RUGER, TYPE: RIFLE, MODEL: PRECISION RIFLE, CAL: 308, SN: 1802-20007

5. FIREARM: HANDGUN, MNF: DAREINGARMS, LLC, TYPE: PISTOL, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: 053206

6. FIREARM: RIFLE, MNF: CHINESE, TYPE: RIFLE, MODEL: SKS, CAL: 762, SN: 1300638

7. FIREARM: HANDGUN, MNF: GLOCK INC., TYPE: PISTOL, MODEL: 43, CAL: 9, SN: BEEY731

8. FIREARM PARTS AND ACCESSORIES, 4 MAGAZINES AND ORIGINAL TRIGGER TO ITEM #49

9. FIREARM: RIFLE, MNF: SAVAGE ARMS INC. (CD), TYPE: RIFLE, MODEL: 64, CAL: 22, SN: 1441779
10. SILENCER: NONE, 9MM GEMTECH S/N: S16-103678
11. FIREARM: OTHER FIREARM, MNF: UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
12. FIREARM PARTS AND ACCESSORIES, 80% JIG PARTS
13. FIREARM PARTS AND ACCESSORIES, RANDOM GUN PARTS
14. FIREARM PARTS AND ACCESSORIES, AR PARTS
15. FIREARM PARTS AND ACCESSORIES, RANDOM GUN PARTS
16. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
17. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
18. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
19. FIREARM PARTS AND ACCESSORIES, FIREARMS PARTS
20. FIREARM PARTS AND ACCESSORIES, AR 80% LOWER JIG
21. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
22. FIREARM PARTS AND ACCESSORIES, VARIOUS AK PARTS AND ACCESSORIES
23. FIREARM PARTS AND ACCESSORIES, VARIOUS FIREARM MAGAZINES
24. FIREARM PARTS AND ACCESSORIES, 6 UNMILLED 80% RECEIVERS
25. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
26. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
27. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
28. IED COMPONENTS
29. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
30. TOOLS TO MANUFACTURE BLACK POWDER

31. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
32. FIREARM PARTS AND ACCESSORIES, JIG AK ONE MILLIMETER PUNCH
33. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
34. 6 BINARY RIFLE TARGETS AND BRAND MIXING CONTAINER
35. FIREARM PARTS AND ACCESSORIES, "GAT CRANK"
36. FIREARM PARTS AND ACCESSORIES, .50 CAL RIFLE ROD
37. FIREARM PARTS AND ACCESSORIES, 10 RIFLE SCOPES
38. FIREARM: OTHER FIREARM, MNF: UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
39. AMMUNITION, QTY: 103, MNF: OTHER, CAL: 9
40. AMMUNITION, QTY: 36, MNF: OTHER, CAL: 762
41. AMMUNITION, QTY: 60, MNF: OTHER, CAL: 300
42. AMMUNITION, QTY: 50, MNF: OTHER, CAL: 308
43. FIREARM: OTHER FIREARM, MNF: UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
44. AMMUNITION, QTY: 10, MNF: OTHER, CAL: 40
45. AMMUNITION, QTY: 24, MNF: OTHER, CAL: 12
46. AMMUNITION COMPONENTS, QTY: 25, MNF: OTHER, CAL: ZZ
47. AMMUNITION COMPONENTS, QTY: 500, MNF: OTHER, CAL: 45
48. AMMUNITION COMPONENTS, QTY: 220, MNF: OTHER, CAL: MULTI
49. AMMUNITION COMPONENTS, QTY: 180, MNF: OTHER, CAL: 556
50. AMMUNITION COMPONENTS, QTY: 50, MNF: OTHER, CAL: MULTI
51. AMMUNITION COMPONENTS, QTY: 592, MNF: OTHER, CAL: 45
52. AMMUNITION COMPONENTS, QTY: 462, MNF: OTHER, CAL: 9
53. AMMUNITION, QTY: 287, MNF: OTHER, CAL: 38
54. AMMUNITION COMPONENTS, QTY: 1120, MNF: OTHER, CAL: 50
55. 8LB SMOKELESS POWDER, 2 BAGS OF SMOKELESS POWDER, 2 BAGS OF HOPPER SMOKELESS POWDER, 2 CONTAINERS SMOKELESS POWDER, 10 SMOKELESS POWDER CONTAINERS, PISTOL POWDER FROM RELOADING EQUIPMENT, AND OTHER RELATED ITEMS

56. AMMUNITION, QTY: 900, MNF: OTHER, CAL: MULTI
57. AMMUNITION COMPONENTS, QTY: 1020, MNF: OTHER, CAL: MULTI
58. AMMUNITION COMPONENTS, QTY: 2280, MNF: OTHER, CAL: 338
59. AMMUNITION, QTY: 30, MNF: OTHER, CAL: 223
60. FIREARM: RIFLE, MNF: REMINGTON ARMS COMPANY, INC., TYPE: RIFLE, MODEL: 700, CAL: 300, SN: RR92045B
61. AMMUNITION, QTY: 410, MNF: OTHER, CAL: MULTI
62. AMMUNITION COMPONENTS, QTY: 1370, MNF: OTHER, CAL: 50
63. AMMUNITION, QTY: 1740, MNF: OTHER, CAL: 50
64. AMMUNITION COMPONENTS, QTY: 160, MNF: OTHER, CAL: 12
65. AMMUNITION, QTY: 1000, MNF: OTHER, CAL: 50
66. AMMUNITION, QTY: 1000, MNF: OTHER, CAL: 50
67. AMMUNITION, QTY: 1000, MNF: OTHER, CAL: 50
68. AMMUNITION, QTY: 1000, MNF: OTHER, CAL: 50
69. AMMUNITION, QTY: 1000, MNF: OTHER, CAL: 50
70. AMMUNITION COMPONENTS, QTY: 50, MNF: OTHER, CAL: 338
71. FIREARM PARTS AND ACCESSORIES, (2) BAGS OF FIREARM BARREL CLEANER BRUSHES
72. AMMUNITION COMPONENTS, QTY: 100, MNF: OTHER, CAL: ZZ
73. FIREARM: RIFLE, MNF: NOREEN FIREARMS LLC, TYPE: RIFLE, MODEL: BAD NEWS ULR, CAL: 50 BMG, SN: U1480
74. OTHER: FIREARM PARTS AND ACCESSORIES, 1 UNMILLED LOWER RECEIVER
75. AMMUNITION - ASSORTED, QTY: 4, MNF: ASSORTED, CAL: 50
76. CHEMICALS: OTHER, 1- CONTAINER OF "STUMP REMOVER"
78. FIREARM: OTHER FIREARM, MNF: UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
79. FIREARM: OTHER FIREARM, MNF: UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
80. RELOADING PRESS AND EQUIPMENT (12 ITEMS IN 5 BOXES)

C. <u>Items Seized from 2569 Copper Cliff Trail, Woodbury, Minnesota on July 19, 2019</u>

1. AMMUNITION - ASSORTED, QTY: 8, MNF: ASSORTED, CAL: MULTI
2. AMMUNITION, QTY: 51, MNF: ASSORTED, CAL: MULTI

D. <u>Items Seized from Container No. GESU456254 on August 1, 2019</u>

1. FIREARM: RIFLE, MNF: REMINGTON ARMS COMPANY, INC., TYPE: RIFLE, MODEL: 700, CAL: 300, SN: NONE, OBLITERATED: YES
2. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: SKS, CAL: 762, SN: NONE, OBLITERATED: YES
3. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: SKS, CAL: 762, SN: NONE, OBLITERATED: YES
4. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: SKS, CAL: 762, SN: NONE, OBLITERATED: YES
5. FIREARM: SHOTGUN, MNF: REMINGTON ARMS COMPANY, INC., TYPE: SHOTGUN, MODEL: 870, CAL: 12, SN: NONE, OBLITERATED: YES
6. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: SKS, CAL: 762, SN: NONE, OBLITERATED: YES
7. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: SKS, CAL: 762, SN: NONE, OBLITERATED: YES
8. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: SKS, CAL: 762, SN: NONE, OBLITERATED: YES
9. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
10. FIREARM: RIFLE, MNF: NORINCO (NORTH CHINA INDUSTRIES), TYPE: RIFLE, MODEL: SKS, CAL: 762, SN: NONE, OBLITERATED: YES
11. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: SKS, CAL: 762, SN: NONE, OBLITERATED: YES
12. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: SKS, CAL: 762, SN: NONE
13. FIREARM: RIFLE, MNF: RUGER, TYPE: RIFLE, MODEL: PRECISION RIFLE, CAL: 308, SN: NONE
14. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: SKS, CAL: 762, SN: NONE, OBLITERATED: YES

15. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: SKS, CAL: 762, SN: NONE, OBLITERATED: YES

16. FIREARM: RIFLE, MNF: DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES), TYPE: RIFLE, MODEL: PANTHER LR-308, CAL: 308, SN: NONE

17. FIREARM: HANDGUN, MNF: FEDERAL ARMAMENT, LLC (FEDARM), TYPE: PISTOL, MODEL: FP-15, CAL: ZZ, SN: NONE, OBLITERATED: YES

18. FIREARM: RIFLE, MNF: SPIKE'S TACTICAL LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

19. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: SKS, CAL: 762, SN: NONE

20. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

21. FIREARM: HANDGUN, MNF: UNKNOWN MANUFACTURER, TYPE: PISTOL, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

22. FIREARM: HANDGUN, MNF: UNKNOWN MANUFACTURER, TYPE: PISTOL, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

23. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

24. FIREARM: RIFLE, MNF: NOREEN FIREARMS LLC, TYPE: RIFLE, MODEL: BAD NEWS ULR, CAL: 50 BMG, SN: U1508

25. FIREARM: RIFLE, MNF: SAVAGE, TYPE: RIFLE, MODEL: 110BA, CAL: 338, SN: 102090MDT

26. FIREARM: RIFLE, MNF: SAVAGE, TYPE: RIFLE, MODEL: 111LR HUNTER, CAL: 338, SN: NONE, OBLITERATED: YES

27. FIREARM: RIFLE, MNF: SAVAGE, TYPE: RIFLE, MODEL: 110, CAL: ZZ, SN: NONE, OBLITERATED: YES

28. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: SKS, CAL: 762, SN: NONE, OBLITERATED: YES

29. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: SKS, CAL: 762, SN: NONE, OBLITERATED: YES

30. FIREARM: RIFLE, MNF: NORINCO (NORTH CHINA INDUSTRIES), TYPE: RIFLE, MODEL: SKS, CAL: 762, SN: 24087980P

31. FIREARM: RIFLE, MNF: PALMETTO STATE ARMORY, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE, OBLITERATED: YES

32. FIREARM PARTS AND ACCESSORIES, NIGHT SUPER SCOPE 3X78 PLUS CHARGING ACCESSORIES

34. FIREARM: RIFLE, MNF: DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES), TYPE: RIFLE, MODEL: PANTHER LR-308, CAL: 308, SN: 76837
35. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: SKS, CAL: 762, SN: NONE, OBLITERATED: YES
36. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: SKS, CAL: 762, SN: NONE, OBLITERATED: YES
37. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: SKS, CAL: 762, SN: NONE, OBLITERATED: YES
38. AMMUNITION, QTY: 1000, MNF: OTHER, CAL: 762
39. AMMUNITION, QTY: 1000, MNF: OTHER, CAL: 762
40. AMMUNITION, QTY: 1000, MNF: OTHER, CAL: 762
41. AMMUNITION, QTY: 1000, MNF: OTHER, CAL: 762
42. AMMUNITION, QTY: 1000, MNF: OTHER, CAL: 762
43. AMMUNITION, QTY: 1000, MNF: OTHER, CAL: 762
44. AMMUNITION, QTY: 1000, MNF: OTHER, CAL: 762
45. AMMUNITION, QTY: 1000, MNF: OTHER, CAL: 762
46. AMMUNITION, QTY: 1000, MNF: OTHER, CAL: 762
47. AMMUNITION, QTY: 1000, MNF: OTHER, CAL: 762
48. AMMUNITION, QTY: 1000, MNF: OTHER, CAL: 762
49. AMMUNITION, QTY: 1000, MNF: OTHER, CAL: 762
50. AMMUNITION, QTY: 1000, MNF: OTHER, CAL: 762
51. AMMUNITION, QTY: 1028, MNF: OTHER, CAL: 308
52. AMMUNITION, QTY: 746, MNF: OTHER, CAL: 338
53. AMMUNITION, QTY: 655, MNF: OTHER, CAL: 308
54. AMMUNITION, QTY: 1383, MNF: OTHER, CAL: MULTI
56. AMMUNITION, QTY: 1068, MNF: OTHER, CAL: 308
57. AMMUNITION, QTY: 1153, MNF: OTHER, CAL: 762
58. AMMUNITION, QTY: 432, MNF: OTHER, CAL: 308
59. AMMUNITION, QTY: 1000, MNF: WOLF, CAL: 762
60. AMMUNITION, QTY: 1000, MNF: WOLF, CAL: 762
61. AMMUNITION, QTY: 1000, MNF: OTHER, CAL: 762

62. AMMUNITION, QTY: 517, MNF: OTHER, CAL: 338
63. AMMUNITION, QTY: 933, MNF: OTHER, CAL: 308
64. AMMUNITION, QTY: 758, MNF: OTHER, CAL: 308
65. AMMUNITION, QTY: 472, MNF: OTHER, CAL: 308
66. AMMUNITION, QTY: 1000, MNF: WOLF, CAL: 762
67. AMMUNITION, QTY: 1000, MNF: WOLF, CAL: 762
68. AMMUNITION, QTY: 1000, MNF: WOLF, CAL: 762
69. AMMUNITION, QTY: 614, MNF: OTHER, CAL: 308
70. AMMUNITION, QTY: 466, MNF: OTHER, CAL: 308
71. AMMUNITION, QTY: 1000, MNF: WOLF, CAL: 223
72. AMMUNITION, QTY: 626, MNF: OTHER, CAL: 762
73. AMMUNITION, QTY: 167, MNF: OTHER, CAL: 223
74. FIREARM PARTS AND ACCESSORIES, (21) PMAG .223 MAGAZINES
75. FIREARM PARTS AND ACCESSORIES, MISC FIREARMS PARTS AND ACCESSORIES TO INCLUDE SCOPES, MAGAZINES AND AMMO STRIPS
76. 2 PAIRS OF BELLVILLE DESERT COLORED GORTEX MILITARY BOOTS STYLE 790